IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLADYS ROBINSON *et. al.* | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-12-1456 |
| | § | |
| MARINER HEALTH OF SOUTHWEST HOUSTON, *et al.* | § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting Defendants' Motion to Dismiss **(Instrument No. 38)**, signed on the 21st day of December, 2012, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** this the 21st day of December, 2012, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**