IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLADYS ROBINSON *et. al.* | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-12-1456 |
| | § | |
| MARINER HEALTH OF SOUTHWEST HOUSTON, *et al.* | § | |
| | § | |
| Defendant. | § | |

## AMENDED FINAL JUDGMENT

For the reasons stated in the Court's Amended Order granting Defendants' Motion to Dismiss (**Instrument No. 48**), signed on the 7th day of February, 2013, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** this the _7th_ day of February, 2013, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**