UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GLADYS ROBINSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BETTY BATTLE, DECEASED, <br><br> Plaintiffs, <br><br> vs. <br><br> MARINER HEALTH OF SOUTHWEST HOUSTON, ET AL, <br><br> Defendants. | § § § § § § § § § § § § § § § <br><br> Civil Action No. 4:12-cv-1456 <br> (Jury) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO THE SCHRON DEFENDANTS AND THE SAVA DEFENDANTS

TO THE HONORABLE VANESSA GILMORE:

Plaintiff Gladys Robinson Individually and on behalf of the Estate of Betty Battle, Deceased ("Plaintiff") files this Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff is Gladys Robinson Individually and on behalf of the Estate of Betty Battle, Deceased; Defendants subject to this dismissal are Rubin Schron ("Schron"), Cam-Elm Company, LLC ("Cam-Elm"), SMV Property Holdings, LLC ("SMV Property"), SMV Special Holdings, LLC ("SMV Special"), Cammeby's Equity Holdings, LLC ("Cammeby's Equity"), Cammeby's Funding II, LLC ("Cammeby's II"), Cammeby's Funding, III, ("Cammeby's III"), Camfive Holdings, LLC ("Camfive"), Cammeby's Management Co., LLC ("Cammeby's Management") and Cammeby's International, Ltd. ("Cammeby's International") hereinafter referred to as the Schron Defendants and SSC Houston Southwest Operating Company LP; SSC Houston Southwest Operating GP LLC; SVCare Holdings, LLC and SavaSeniorCare LLC hereinafter referred to as the Sava Defendants. **This Dismissal does not apply to Mariner**

**Health of Southwest Houston ("Mariner Southwest"), Mariner Health Care of Nashville, Inc. ("Mariner Nashville"), MHC Texas Holding Company, LLC ("MHC Texas"), MHC Holding Company ("MHC Holding"), Mariner Health Care, Inc. ("Mariner Inc.") or National Senior Care, Inc. ("National").**

2. On May 10, 2012, Plaintiff sued the Schron Defendants and the Sava Defendants.

3. Plaintiff moves to dismiss the suit against the Schron Defendants and the Sava Defendants.

4. The Schron Defendants and the Sava Defendants agree to this Dismissal.

5. This is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice to refiling.

10. This dismissal does not affect any claims asserted by Plaintiff against Mariner Southwest, Mariner Nashville, MHC Texas, MHC Holding, Mariner Inc. or National.

Respectfully submitted,

  */s/ Scot G. Dollinger*
Scot G. Dollinger
State Bar No. 05961300, Federal Bar No. 12224
DOLLINGERLAW
700 Gemini, Suite 120
Houston, Texas 77058
Telephone: (281) 488-4600
Facsimile: (281) 488-4643
scot@callthelaw.com
**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5 and the Southern District of Texas's ECF service rules, the undersigned authority hereby certifies that a true and correct copy of the foregoing instrument has been served upon all counsel of record on the same date as filing.

*/s/ Jared I. Levinthal*
Jared I. Levinthal
