# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 24, 2013

United States Courts
Southern District of Texas
FILED

MAY 0 6 2013

David J. Bradley, Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 13-20042,    Gladys Robins, et al v. Mariner Hlth of SW Houston, et al
           USDC No. 4:12-CV-1456

Enclosed is a copy of the amended judgment issued as the mandate.

By copy of this letter to counsel for the appellants, the 180 day deadline remains calculated from the initial dismissal dated April 17, 2013.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: /s/ Amanda Sutton-Foy
                          Amanda Sutton-Foy, Deputy Clerk
                          504-310-7670

cc w/encl:
    Mr. David Andrew Baay
    Mr. Scot G. Dollinger
    Mr. Jared I. Levinthal
    Ms. Lori D. Proctor

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT



No. 13-20042

AMENDED ORDER

GLADYS ROBINS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BETTY BATTLE, DECEASED; ROBERT CHARLES ROBIN; SANDRA JEAN MCGOWAN; LUCILLE MARIE BROWN; DEXTER LEON BATTLE; INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BETTY GLADYS ROBINS,

    Plaintiffs - Appellants

v.

MARINER HEALTH OF SOUTHWEST HOUSTON; MARINER HEALTH CARE OF NASHVILLE, INCORPORATED; SSC HOUSTON SOUTHWEST OPERATING COMPANY, L.P.; SSC HOUSTON SOUTHWEST OPERATING GP, L.L.C.; SVCARE HOLDINGS, L.L.C.; SAVASENIORCARE, L.L.C.; RUBIN SCHRON; CAM-ELM COMPANY, L.L.C.; SMV PROPERTY HOLDINGS, L.L.C.; SMV SPECIAL HOLDINGS, L.L.C.; CAMMEBY'S EQUITY HOLDINGS, L.L.C.; CAMMEBY'S FUNDING II, L.L.C.; CAMMEBY'S FUNDING III, L.L.C.; CAMMEBY'S MANAGEMENT COMPANY, L.L.C.; CAMMEBY'S INTERNATIONAL, LIMITED; CAMFIVE HOLDINGS, L.L.C.,

    Defendants - Appellees

Appeals from the United States District Court for the
Southern District of Texas, Houston

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
4-24-13

O R D E R :

ON CONSIDERATION of the motion to stay proceedings in this cause, IT IS ORDERED that pursuant to 5ᵀᴴ CIR. R. 42.4 this appeal is hereby dismissed without prejudice to the right of either party to reinstate the appeal by letter to the Clerk of this Court within 180 days from this date. Unless the appeal is reinstated within that time, or the foregoing 180 day time period is extended, the appeal will be considered dismissed with prejudice.*

*signature*

LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

---

*An additional period of 180 days from the expirational date will be allowed for applying for relief from a dismissal with prejudice resulting from mistake, inadvertence or excusable neglect of counsel or a pro se litigant.